**LAW OFFICE OF ABEL L. PIERRE**
**ATTORNEY-AT-LAW, P.C.**

---



140 BROADWAY, 46TH FLOOR
NEW YORK, NEW YORK 10005
TEL: (212) 766-3323
FAX: (212) 766-3322
abel@apierrelaw.com
www.apierrelaw.com

August 4, 2023

**Via ECF**

The Honorable Jessica G.L. Clarke, USDJ
United States Courthouse
Eastern District of New York
500 Pearl Street
New York City, NY 10007

        **Re:**    **Overton v. Source Receivables Management LLC**
                **Case No. 1:23-cv-05344-JGLC**
                **Motion on Consent for Adjournment of Initial Conference &**
                **Leave to File Amended Complaint**

Dear Judge Clarke:

As the court is aware this matter was originally commenced *pro se* by the Plaintiff, in the Civil Court of the City of New York, County of Bronx. The action was subsequently removed by the Defendant on June 23, 2023 [ECF No. 1].

The undersigned has been retained as counsel for the Plaintiff in the above referenced matter currently pending before this court. A notice of appearance has been filed [ECF No. 7].

We respectfully request that the Initial Pre-Trial Conference scheduled for August 9, 2023 be adjourned for at least 30 days to a date and time convenient for the court. Plaintiff requests this adjournment so her counsel can further familiarize himself with her file and evaluate Plaintiff's causes of action in this matter.

Counsel for Defendant consents to this request.

The undersigned also notes that Defendant also consents to allowing Plaintiff 30 days to file an amended complaint pursuant to Rule 15(a)(2).

Plaintiff thanks the court in advance for its courtesy and consideration in this matter.

Sincerely,

/s/ Abel L. Pierre
Abel L. Pierre, Esq.
*Counsel for Plaintiff*

---

The Initial Pretrial Conference scheduled for August 9, 2023 is hereby ADJOURNED to September 27, 2023 at 3:00 p.m. The conference will be held via Microsoft Teams. The parties shall submit the joint letter and proposed case management plan, see ECF No. 5, no later than September 20, 2023.

Dated: August 7, 2023
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge